UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF WISCONSIN

___

TIA PARADIS,

    Plaintiff,

        v.                     Case No.: 16-CV-225

DAN NICHOLS (in his individual and official capacity),
RICH DAVIDSON (in his individual and official capacity),
GARY KNEISL (in his individual and official capacity),
MARC LETENDRE (in his individual and official capacity),
MATT BROWN (in his individual and official capacity),
CITY OF SUPERIOR, and
DOUGLAS COUNTY,

    Defendants.

___

## NOTICE OF APPEAL
___

NOTICE IS HEREBY GIVEN, that Tia Paradis, plaintiff, in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment, and corresponding portion of the Opinion and Order entered in this action on the 30th day of January, 2018, in the United States District Court for the Western District of Wisconsin, the Honorable Barbara B. Crabb, presiding, in favor of defendants Dan Nichols, Rich Davidson, and Douglas County, for summary judgment, and against Plaintiff Tia Paradis.

Dated this 26th day of February, 2018.

                              s/ *Paul A. Kinne*
                              Attorney Paul A. Kinne
                              State Bar No. 1021493
                              Gingras, Cates & Wachs
                              8150 Excelsior Drive
                              Madison, WI 53717
                              Telephone: 608-833-2632
                              Fax: 608-833-2874

kinne@gcwlawyers.com

Attorney Alexander S. Kammer
State Bar No.: 1027509
Atterbury, Kammer & Haag
8500 Greenway Blvd. Suite 103
Middleton, WI 53562
Telephone: 608-821-4600
Fax: 608-821-4610
akammer@wiscinjurylawyers.com